AUGUSTUS MAGGETT v. E. E. ROBERTS,

*Practice—Case on Appeal, absence of—Affirmation of Judgment.*

Where no case on appeal accompanies the record and no error is apparent on the face of the latter, the judgment below will be affirmed.

APPEAL by defendant from judgment in favor of plaintiff, rendered in an action tried before *Whitaker, J.,* at December Special Term, 1893, of NORTHAMPTON Superior Court.

No case on appeal accompanies the record.

*Mr. R. B. Peebles,* for plaintiff.
No counsel *contra.*

PER CURIAM: Because there is in the record no case on appeal and no error appears on the record proper, the judgment is                                    Affirmed.